**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **REGENT HOMES, LLC and LENOX VILLAGE LIFESTYLE CENTER, LLC,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **Case No. 3:11-cv-00473** <br> **Judge Nixon** <br> **Magistrate Judge Knowles** |
| **TOWNE LAKE AIR CONDITIONING & HEATING CO., INC.,** ) ) ) | |
| **Defendant.** ) | |

## ORDER

Before the Court was heard on February 6th, 2012 evidence as to damages in the above-styled matter, pursuant to Federal Rule of Civil Procedure 55. Based on the evidence presented at the hearing, the Plaintiffs' Motion for Default Judgment ("Motion") (Doc. No. 23), attachments thereto, and the record as a whole, the Court finds the Motion to be well-taken. The Motion is therefore **GRANTED** and judgment is entered in the amount of $250,000.00 against Defendant Towne Lake Air Conditioning & Heating Co., Inc. Specifically, the Court finds and decrees as follows:

1) A Complaint for monetary damages was properly filed and served on the registered agent for service of process of the Defendant and this Court has previously deemed Defendant to be in default (Doc. No. 13);

2) Josh Schulz, representative of the Plaintiffs, testified at the damages hearing that Plaintiffs entered a contract for services with the Defendant for which the Defendant was paid $898,450.00 for installation of air-conditioning units;

3) The evidence and testimony presented to this Court established that air conditioning units were improperly installed in over 300 units required repair at a cost of over $900.00 per unit, the sum total cost to repair these units is over $270,000.00.

4) Based upon this testimony the court finds that entry of default judgment against the Defendant in the amount prayed for ($250,000) is appropriate.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered against the Defendant in the amount of $250,000.00.

Entered this _____8th_____ day of February, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT